AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DEAN, ALEX W | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br>CM/ECF Case No. 4:26-PO-00224-AGH |

| | | |
|---|---|---|
| Case No. | GM1 | E2722632 |
| USM No. | | |
| Pro Se | | |

Defendant's Attorney

**THE DEFENDANT:** DEAN, ALEX W

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-10(b) | No Insurance | 04/02/2026 | 1 |

☑ Count(s)  1 _____    ☑ is    ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.:  6938

Defendant's Year of Birth: 2006

City and State of Defendant's Residence:
SHREVEPORT, LA

07/22/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/22/2026
Date